**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 96-4144**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

NADINE PATRICIA WHETZEL,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Chief District Judge.  (CR-94-50102)

───────────

Submitted:  October 29, 1996        Decided:  November 18, 1996

───────────

Before ERVIN, WILKINS, and MICHAEL, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

John R. Yeager, Jr., Weirton, West Virginia, for Appellant.  William D. Wilmoth, United States Attorney, Sam G. Nazzaro, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant filed an untimely notice of appeal. We dismiss for lack of jurisdiction. A notice of appeal in a criminal case must be filed within ten days of the judgment. Fed. R. App. P. 4(b). This time limit is mandatory and jurisdictional. United States v. Raynor, 939 F.2d 191, 197 (4th Cir. 1991). The district filed its judgment on February 5, 1996, and the notice of appeal had to be filed by February 15, 1996. Although Appellant's notice of appeal was mailed on February 15, it was received and filed on February 20, 1996. Appellant's failure to note a timely appeal or to either obtain an extension of time or to make a showing of excusable neglect leaves this court without jurisdiction to consider the merits of Appellant's appeal. We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2